UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

IN RE HURRICANE SANDY CASES

------------------------------------------------------------------- X

Case No. 1:14-MC-41-CLP-GRB-RER

**STIPULATION TO SUBSTITUTE ATTORNEYS**

THIS DOCUMENT APPLIES TO:

Docket Nos.  1:13-cv-06285-ILG-RML
 1:13-cv-07068-ENV-VVP
 1:13-cv-07251-RRM-SMG
 1:14-cv-00144-PKC-RLM
 1:14-cv-00151-NG-RLM
 1:14-cv-00387-JBW-CLP
 1:14-cv-00389-JG-SMG
 1:14-cv-00425-ERK-SMG
 1:14-cv-00426-FB-SMG
 1:14-cv-00427-DLI-RER
 1:14-cv-00429-ENV-RLM
 1:14-cv-01704-LDW-GRB
 1:14-cv-02535-FB-RLM
 1:14-cv-03041-SLT-MDG
 1:14-cv-03483-RRM-RER
 1:14-cv-04540-NGG-RER
 1:14-cv-06181-WFK-MDG
 1:14-cv-06302-PKC-MDG
 2:13-cv-05851-ADS-WDW
 2:13-cv-05906-ADS-WDW
 2:13-cv-05911-SJF-AKT
 2:13-cv-05925-JS-WDW
 2:13-cv-05989-JFB-ARL
 2:13-cv-06000-SJF-AKT
 2:13-cv-06021-SJF-ARL
 2:13-cv-06158-JS-GRB
 2:13-cv-06995-ADS-AKT
 2:14-cv-00402-ADS-AKT
 2:14-cv-00404-LDW-GRB
 2:14-cv-00405-JS-ARL
 2:14-cv-00406-SJF-ARL
 2:14-cv-00408-JS-GRB
 2:14-cv-00409-JS-ARL
 2:14-cv-00411-JFB-AKT
 2:14-cv-00437-ADS-ARL
 2:14-cv-00439-ADS-WDW
 2:14-cv-00440-JS-GRB
 2:14-cv-00446-ADS-GRB

           2:14-cv-00447-ADS-AKT
           2:14-cv-00451-LDW-WDW
           2:14-cv-00457-LDW-WDW
           2:14-cv-00460-LDW-GRB
           2:14-cv-00461-JFB-WDW
           2:14-cv-00464-ADS-GRB
           2:14-cv-00465-JFB-AKT
           2:14-cv-00469-JS-WDW
           2:14-cv-00472-JFB-WDW
           2:14-cv-01596-LDW-AKT
           2:14-cv-02845-JFB-GRB
           2:14-cv-04462-LDW-AKT
           2:14-cv-06210-ADS-GRB
-------------------------------------------------------------------
X

IT IS HEREBY STIPULATED AND AGREED THAT, subject to approval by the Court, FIDELITY NATIONAL INSURANCE COMPANY, STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY and WRIGHT NATIONAL FLOOD INSURANCE COMPANY substitute BRENNER, EVANS & MILLMAN, P.C. as national counsel of record in place of NIELSEN, CARTER & TREAS, LLC in the matters referenced in the attached Rider A. McMAHON, MARTINE & GALLAGHER, LLP will remain as local counsel. There shall be no delay of the case(s).

Contact information for new national counsel is as follows:

Theodore I. Brenner, Esq.
BRENNER, EVANS & MILLMAN, P.C.
411 E. Franklin Street, St.200
P.O. Box 470
Richmond, VA 23218
P: (804) 644-1300; F: (804) 644-1354
Email: tbrenner@beylaw.com

/s/ Jeff Moore

_____

Jeff Moore

FIDELITY NATIONAL INSURANCE COMPANY, STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY and WRIGHT NATIONAL FLOOD INSURANCE COMPANY
**Defendant**

/s/ Jordan M. Jeansonne

_____

Jordan M. Jeansonne, Esq.

NIELSEN, CARTER & TREAS, LLC
**Outgoing National Counsel**

/s/ Theodore I. Brenner

_____

Theodore I. Brenner, Esq.

BRENNER, EVANS & MILLMAN, P.C.
**Incoming National Counsel**

/s/ Patrick W. Brophy

_____

Patrick W. Brophy, Esq.

McMAHON, MARTINE & GALLAGHER, LLP
**Local Counsel**

**SO ORDERED.**

Dated: Brooklyn, New York
       1/6/2015

*S/Cheryl L. Pollak*
_____
United States District/Magistrate Judge

**Rider  A**

| Case Name | Docket No. | Date Filed |
|---|---|---|
| Karp | 1:13-cv-06285-ILG-RML | 11/12/2013 |
| Morozov | 1:13-cv-07068-ENV-VVP | 12/11/2013 |
| Hodge | 1:13-cv-07251-RRM-SMG | 12/20/2013 |
| Curry | 1:14-cv-00144-PKC-RLM | 01/08/2014 |
| McGee | 1:14-cv-00151-NG-RLM | 01/08/2014 |
| Cloos | 1:14-cv-00387-JBW-CLP | 01/17/2014 |
| Ferguson | 1:14-cv-00389-JG-SMG | 01/17/2014 |
| Fields | 1:14-cv-00425-ERK-SMG | 01/21/2014 |
| Karasanti | 1:14-cv-00426-FB-SMG | 01/21/2014 |
| Nicasio | 1:14-cv-00427-DLI-RER | 01/21/2014 |
| Segzda | 1:14-cv-00429-ENV-RLM | 01/21/2014 |
| Village Of Lawrence | 1:14-cv-01704-LDW-GRB | 03/14/2014 |
| Oceana One | 1:14-cv-02535-FB-RLM | 04/21/2014 |
| Oceana Four | 1:14-cv-03041-SLT-MDG | 05/15/2014 |
| Slinin | 1:14-cv-03483-RRM-RER | 06/03/2014 |
| 87-07 159th Ave | 1:14-cv-04540-NGG-RER | 07/29/2014 |
| Weinstein | 1:14-cv-06181-WFK-MDG | 10/22/2014 |
| Berlinger | 1:14-cv-06302-PKC-MDG | 10/27/2014 |
| Rocco | 2:13-cv-05851-ADS-WDW | 10/24/2013 |
| Muratore | 2:13-cv-05906-ADS-WDW | 10/25/2013 |
| LB Surf LLC | 2:13-cv-05911-SJF-AKT | 10/29/2013 |
| 277 Surfside Drive | 2:13-cv-05925-JS-WDW | 10/28/2013 |
| Burchianti | 2:13-cv-05989-JFB-ARL | 10/29/2013 |
| Dixon | 2:13-cv-06000-SJF-AKT | 10/29/2013 |
| Knox | 2:13-cv-06021-SJF-ARL | 10/29/2013 |
| Ribacoff | 2:13-cv-06158-JS-GRB | 11/06/2013 |
| Mero | 2:13-cv-06995-ADS-AKT | 12/06/2013 |
| Braddish | 2:14-cv-00402-ADS-AKT | 01/17/2014 |
| Burke | 2:14-cv-00404-LDW-GRB | 01/17/2014 |
| Callahan | 2:14-cv-00405-JS-ARL | 01/17/2014 |
| Connell | 2:14-cv-00406-SJF-ARL | 01/17/2014 |
| Deely | 2:14-cv-00408-JS-GRB | 01/17/2014 |
| Dentice | 2:14-cv-00409-JS-ARL | 01/17/2014 |
| Febrizio | 2:14-cv-00411-JFB-AKT | 01/17/2014 |
| Finnegan | 2:14-cv-00437-ADS-ARL | 01/21/2014 |
| Gialanze | 2:14-cv-00439-ADS-WDW | 01/21/2014 |
| Giardelli | 2:14-cv-00440-JS-GRB | 01/21/2014 |
| Hommel | 2:14-cv-00446-ADS-GRB | 01/21/2014 |
| Juan | 2:14-cv-00447-ADS-AKT | 01/21/2014 |
| Sinacori | 2:14-cv-00451-LDW-WDW | 01/21/2014 |
| Quinn | 2:14-cv-00457-LDW-WDW | 01/21/2014 |

| | | |
|---|---|---|
| Quinto | 2:14-cv-00460-LDW-GRB | 01/21/2014 |
| Raimey | 2:14-cv-00461-JFB-WDW | 01/21/2014 |
| Rooney | 2:14-cv-00464-ADS-GRB | 01/21/2014 |
| Rossi | 2:14-cv-00465-JFB-AKT | 01/21/2014 |
| Smyth | 2:14-cv-00469-JS-WDW | 01/21/2014 |
| Travers | 2:14-cv-00472-JFB-WDW | 01/21/2014 |
| Reitzig | 2:14-cv-01596-LDW-AKT | 03/10/2014 |
| Iqbal 2 | 2:14-cv-02845-JFB-GRB | 05/06/2014 |
| Laurino | 2:14-cv-04462-LDW-AKT | 07/24/2014 |
| Richards | 2:14-cv-06210-ADS-GRB | 10/23/2014 |